**UNITED STATES of America,
Defendant–Appellee,**

v.

**Robert CY MANN, Plaintiff–Appellant.**

**No. 03–6512.**

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 19, 2003.

Decided Aug. 26, 2003.

Robert Cy Mann, Appellant Pro Se. John Francis Purcell, Jr., Office of the United States Attorney, Baltimore, Maryland, for Appellee.

Before WIDENER, WILLIAMS, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Robert Cy Mann appeals the district court's order denying his motion for return of property. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Mann,* No. CA–02–2687–MJG (D.Md. Mar. 3, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*